

**Baker & McKenzie LLP**

452 Fifth Avenue
New York, NY 10018
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Los Angeles
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

\* Associated Firm
\*\* In cooperation with Trench, Rossi e Watanabe Advogados

August 17, 2021

**BY ECF**
Hon. Analisa Torres
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl St., Courtroom 15D
New York, NY 10007

Re: *Shack Enterprises, Inc. v. Aristotle Hatzigeorgiou*
Case No. 1:21-cv-05448 (AT)(OTW)

Dear Judge Torres:

We represent Plaintiff Shack Enterprises, Inc. in the above-captioned matter. We write pursuant to Rule I.C of Your Honor's Individual Practices to respectfully request an extension of the August 20, 2021 deadline to submit the joint letter, proposed case management plan and scheduling order, as described in the Initial Pretrial Scheduling Order dated July 12, 2021 (ECF 9).

Good cause exists for this request. On July 23, 2021, the Defendant, through counsel, agreed to waive service of the summons and we are currently awaiting receipt of the signed waiver form. Accordingly, we respectfully request that the August 20 deadline be extended to 14 days from the filing of Defendant's answer. This is the Plaintiff's first request for such an extension.

Respectfully submitted,

/s/ *Joshua S. Wolkoff*

Joshua S. Wolkoff
Partner

+1 212 626 4423
joshua.wolkoff@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International.