

**David W. Carstens**
Telephone: 972.367.2001
Facsimile: 972.367.2002

E-Mail: carstens@cclaw.com

13760 Noel Road
Suite 900
Dallas, Texas 75240

MAILING ADDRESS:
Post Office Box 802334
Dallas, Texas 75380

November 2, 2021

**VIA ECF**

The Hon. Analisa Torres
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *Shack Enterprises, Inc. v. Aristotle Hatzigeorgiou*
       Civil Action 1:21-cv-05448

Dear Judge Torres:

  We represent Plaintiff Shack Enterprises, Inc. in connection with the above civil action. We write as a courtesy to Defendant Aristotle Hatzigeorgiou, who has not yet had counsel appear on his behalf in the case, and pursuant to Section I(C) of Your Honor's Individual Rules, to respectfully request an extension of his time to plead or otherwise respond to the Complaint by thirty days.

  The current deadline for Defendant to plead or otherwise respond to the complaint is November 2, 2021. This is the third request for such relief and Plaintiff consents thereto. Granting this request will have no effect on any other deadlines in this case as no other deadlines have yet been set. The primary reason for the request is that the two parties are in the process of finalizing the settlement agreement and have agreed to this third extension of time to allow for adequate time to complete the agreement to both parties satisfaction.

  Wherefore, we respectfully request that the Court permit Defendant until December 2, 2021 to plead or otherwise respond to the Complaint.

            Very truly yours,

            David W. Carstens

DWC/JDT/js